IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 22–cv–01108–NYW–MDB

HAMAD HAMAD

v.

WILLIAM ELDER, and
UNKOWN DEPUTY; AND UNKNOWN MEDICAL PROVIDER

---

## ORDER APPOINTING COUNSEL

---

This matter is before the Court on Plaintiff's "Request for Counsel." (["Motion"], Doc. No. 46.) In accordance with D.C.COLO.LAttyR 15 of the Local Rules of Practice of the United States District Court for the District of Colorado-Attorney, the Court hereby determines that Plaintiff merits **limited appointment of counsel** drawn from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations have been met: (1) the nature and complexity of the action; (2) the potential merit of the claims or defenses of the unrepresented party; (3) the demonstrated inability of the unrepresented party to retain an attorney by other means; and (4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel. *See* D.C.COLO.LAttyR 15(f)(1)(B).

Mr. Hamad filed suit, *pro se*, in April 2022. (Doc. No. 1-3.) The matter was removed to this Court on May 5, 2022. (Doc. No. 1.) Mr. Hamad alleges that his constitutional rights have been violated because he has been deprived of adequate medical care, unlawfully placed in segregation, and his religious freedoms have been violated. (*Id.*) Defendant filed a motion for a

more definite statement, arguing Mr. Hamad's claims were vague and did not provide sufficient detail for Defendant to adequately prepare a defense. (Doc. No 7.) The Court agreed and granted Defendant's motion, ordering Mr. Hamad to prepare an amended complaint and file it on or before September 26, 2022. (Doc. 34.) Mr. Hamad did not file an amended complaint but instead, on September 12, 2022, Mr. Hamad filed an Amicus Curiae Petition (Doc. No. 37.)

During a status conference on January 24, 2023, Mr. Hamad made various statements about his limited access to the law library, language barriers, and current medical conditions, all of which allegedly present meaningful challenges to moving his case forward. (Doc. No. 44.) Although the Court denied Mr. Hamad's Amicus Curiae Petition, it construed statements in the petition as a failed attempt to comply with the Court's Order to file an amended complaint. (*Id.*) The Court extended Mr. Hamad's time to file an amended complaint, through and until February 23, 2023. (*Id.*) The Court also invited Mr. Hamad to file a motion for appointment of pro bono counsel, noting that such requests had previously been denied, but circumstances have changed. (*Id.*) Mr. Hamad thereafter filed the instant Motion. (Doc. No. 46.)

In support of his request for appointed counsel, Mr. Hamad alleges increased medical needs, which from his perspective, interfere with his ability to access the law library and comply with the Court's order to file an amended complaint. (*Id.* at 1.) For example, Mr. Hamad claims that currently "the size of [his] right foot is 3 times bigger than the normal size [his] left foot." (Doc. No. 43 at 2-3.) He also claims he is having difficulty seeing, pain while urinating, headaches, double vision, and generally experiencing "massive [sic]" pain. (*Id.*) Because a portion of the January 24, 2023 Status Conference was held by video, the Court had an opportunity to visually observe Mr. Hamad. The Court has also had an opportunity to speak with Mr. Hamad on

more than one occasion. At this time, the Court does not have any reason to believe that Mr. Hamad is being untruthful about his current condition and related concerns, and the Court is persuaded that without the assistance of counsel, Mr. Hamad may not be able to navigate the early stages of this proceeding, comply with this Court's Order, or move the matter forward efficiently. The Court is also persuaded that Mr. Hamad is genuinely and diligently seeking redress, but due to mobility issues, medical concerns, and limited language barriers,[1] his efforts are stalled.

      Having reviewed the docket and interacted with Plaintiff and his requests on several occasions, the Court finds the "potential merit of the claims" factor is satisfied for the limited purpose of this Order. Additionally, and due to Mr. Hamad's current circumstances, the Court finds he is unable to retain an attorney at this time. The Court also finds this action presents some complexities, given the need to file an amended complaint in response to this Court's Order, the language concerns Mr. Hamad has raised, and the alleged current medical condition that may restrict Mr. Hamad in some respects. And finally, the Court finds the interests of justice would be well served by the limited appointment of counsel who can speak with Mr. Hamad, potentially sharpen the issues for the Court in an amended complaint, and streamline any requests for temporary/preliminary relief that may be appropriate.

      Accordingly, it is

---

[1] Mr. Hamad has represented to the Court that English is not his first language and that this creates challenges for him. The Court has been able to understand Mr. Hamad when he communicates with the Court, and Mr. Hamad's submissions to this Court reflect that Mr. Hamad is at least conversant enough to speak with pro bono counsel and adequately describe his concerns and claims.

**ORDERED** that the "Request for Counsel" (Doc. No. 46) is **GRANTED**. The Clerk is hereby **DIRECTED** to select, notify, and appoint counsel to represent Mr. Hamad in this civil matter **for the limited purpose** of assisting Mr. Hamad in (1) filing an amended complaint, and (2) preparing a request for temporary and/or preliminary relief, to the extent necessary. *See* D.C.COLO.LAttyR 15(f)(2). Should pro bono counsel see fit, they may seek to extend the appointment. Mr. Hamad is advised that the Clerk will select counsel from the Panel; however, **there is no guarantee that Panel members will undertake representation** in every case selected as part of the Civil Pro Bono Panel program. The Court cautions Mr. Hamad that he is still responsible for all scheduled matters and deadlines, including his deadline to file an amended complaint on or before February 23, 2023. It is further

**ORDERED** that a copy of this Order, **marked as legal mail**, shall be sent to the following: Hamad Hamad, #A0348317, El Paso County Criminal Justice Center, 2739 East Las Vegas Street, Colorado Springs, CO 80906.

**DATED**: February 1, 2023.

BY THE COURT:

Maritza Dominguez Braswell
United States Magistrate Judge